EXHIBIT A





U.S. POSTAGE PAID
FCM LG ENV
LEXINGTON, NC
27292
JUL 28, 22
AMOUNT
$9.17
R2305K131228-07

1000        20510

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



Screened by    12
Senate Post Office
AUG 0 2 2022

Senator Mitch McConnell of KY
317 Russell Senate Office Bldg
Washington, DC  20510



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000** Washington, D.C. 20001
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Duskin Corban Lassiter
_____
                                    Plaintiff

                    vs.

Senator Mitch McConnell of KY                    Case Number **2022   02961**
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Duskin Corban Lassiter, Pro Se
_____
Name of Plaintiff's Attorney

7992 NC Hwy 8
_____
Address
Lexington, NC  27292

336-596-2716
_____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828로 전화주십시오.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

_Clerk of the Court_

By _____
                    Deputy Clerk

Date    JUL 1 2 2022

Dể có một bài dịch, hãy gọi (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH

JUL 0 1 2022

Superior Court of the
District of Columbia
Washington, D.C.

Case No. _____ 2022 02961

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**Duskin Corban Lassiter**
PLAINTIFF

**7992 NC Hwy 8**
Address (No Post Office Boxes)

**Lexington   NC      27292**
City          State          Zip Code

**336-596-2716**
Telephone Number

**duskinlassiter@yahoo.com**
Email Address (optional)

vs

Senate Todd Young of IN & 34 Others, See Attached
DEFENDANT

**185 Dirksen Senate Office Bldg**
Address (No Post Office Boxes)

**Washington   DC      20510**
City          State          Zip Code

**202-224-5623**
Telephone Number

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

This complaint is in regards to members of Congress who, after witnessing the crime of the century, decided to acquit a Donald J Trump, President of United States of America. This is a failure of leadership, failure to uphold the sacred oath of office, failure to uphold the law, as well as giving ongoing support to the domestic terrorist known as Donald J Trump.

2. What relief are you requesting from the Court? Include any request for money damages.

$10,000,000.00 from each member of Congress, that voted to acquit or helped to find Donald J Trump not guilty on the second Impeachment charges. Secondly, the termination of their government pensions. And last by not least, an immediate removal from their elected duties and office, and will no longer be able run for an elected position.

3.  State any other information, of which the Court should be aware:

Any Judge of Officer of the court who ignores the complaint could cause a probable outbreak of civil unrest and open warfare. These crimes are specific and well documented. The rule of the law must be enforced or democracy will die.

I'm also requiring that the Judge(s) must swear under oath they are not a member or associate of the Federalist Society.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Bishop Lusciter_
**SIGNATURE**

June 22, 2022
**DATE**

Subscribed and sworn to before me this ___30th___ day of ___June___ 20_22_.

_Qiann G al_

(Notary Public/Deputy Clerk)

2

## ADDENDUM TO COMPLAINT

CASE NO. _2022   02961_

## ADDITIONAL PARTY NAMES AND ADDRESSES

Duskin Corban Lassiter
[X] PLAINTIF            [ ] DEFENDANT

7992 NC Hwy 8 S
Address (No Post Office Boxes)

Lexington      NC            27295
City          State          Zip

336-596-2716
Telephone Number

Email Address (Optional)


Senator John Barrasso of WY
[ ] PLAINTIFF          [X] DEFENDANT

307 Dirksen Senate Office Bldg
Address (No Post Office Boxes)

Washington    DC            20510
City          State          Zip

202-224-6441
Telephone Number

Email Address (Optional)


Senator Marsh Blackburn of TN
[ ] PLAINTIF           [x] DEFENDANT

307 Dirksen Senate Office Bldg
Address (No Post Office Boxes)

Washington    DC            20510
City          State          Zip

202-224-3344
Telephone Number

Email Address (Optional)


Senator Roy Blunt of MO
[ ] PLAINTIFF          [X] DEFENDANT

260 Russell Bldg
Address (No Post Office Boxes)

Washington    DC            20510
City          State          Zip

202-224-5721
Telephone Number

Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO. 2022 02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator John Boozman of AR

☐ PLAINTIF          ☒ DEFENDANT

141 Hart Senate

Address (No Post Office Boxes)

Washington   DC        20510

City          State          Zip

202-224-4843

Telephone Number

Email Address (Optional)


Senator Mike Braun of IN

☐ PLAINTIFF          ☒ DEFENDANT

374 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC        20510

City          State          Zip

202-224-4814

Telephone Number

Email Address (Optional)


Senator Shelley Capito of WV

☐ PLAINTIF          ☒ DEFENDANT

172 Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC        20510

City          State          Zip

202-224-6472

Telephone Number

Email Address (Optional)


Senator John Cornyn of TX

☐ PLAINTIFF          ☒ DEFENDANT

517 Hart Senate Bldg

Address (No Post Office Boxes)

Washington   DC        20510

City          State          Zip

202-224-2934

Telephone Number

Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO. 2022  02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator Tom Cotton of AR

☐ PLAINTIF          ☒ DEFENDANT

124 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State        Zip

870-933-6233

Telephone Number

Email Address (Optional)


Senator Kevin Cramer of ND

☐ PLAINTIFF          ☒ DEFENDANT

400 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State        Zip

202-225-2611

Telephone Number

Email Address (Optional)


Senator Mike Crapo of ID

☐ PLAINTIF          ☒ DEFENDANT

239 Dirksen Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State        Zip

202-224-6142

Telephone Number

Email Address (Optional)


Senator Steve Daines of MT

☐ PLAINTIFF          ☒ DEFENDANT

320Hart Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State        Zip

202-224-2651

Telephone Number

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. 2022 02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator Joni Ernst of IA

☐ PLAINTIF          ☒ DEFENDANT

730 Hart Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC         20510

City          State          Zip

202-224-3254

Telephone Number

_____

Email Address (Optional)


Senator Deb Fischer of NE

☐ PLAINTIFF          ☒ DEFENDANT

454 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC         20510

City          State          Zip

202-224-6551

Telephone Number

_____

Email Address (Optional)


Senator Lindsey Graham of SC

☐ PLAINTIF          ☒ DEFENDANT

290 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC         20510

City          State          Zip

202-224-3808

Telephone Number

_____

Email Address (Optional)


Senator Charles Grassley of IA

☐ PLAINTIFF          ☒ DEFENDANT

135 Hart Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC         20510

City          State          Zip

202-224-3744

Telephone Number

_____

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. ___2022  02961___

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator Bill Hagerty of TN

☐ PLAINTIF          ☒ DEFENDANT

811 Russell Senate Office Bldg
Address (No Post Office Boxes)

Washington   DC        20510
City          State         Zip

202-224-4944
Telephone Number

_____
Email Address (Optional)


Senator John Hoeven of ND

☐ PLAINTIFF          ☒ DEFENDANT

338 Russell Senate Office Bldg
Address (No Post Office Boxes)

Washington   DC        20510
City          State         Zip

202-228-5112
Telephone Number

_____
Email Address (Optional)


Senator Jim Inhofe of OK

☐ PLAINTIF          ☒ DEFENDANT

205 Russell Senate Office Bldg
Address (No Post Office Boxes)

Washington   DC        20510
City          State         Zip

202-224-4721
Telephone Number

_____
Email Address (Optional)


Senator Ron Johnson of WI

☐ PLAINTIFF          ☒ DEFENDANT

328 Hart Senate Office Bldg
Address (No Post Office Boxes)

Washington   DC        20510
City          State         Zip

202-224-5323
Telephone Number

_____
Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO. 2022  02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator James Lankford of OK

☐ PLAINTIF        ☒ DEFENDANT

310 Hart Senate Office Bldg
Address (No Post Office Boxes)

Washington    DC        20510
City          State      Zip

202-224-5754
Telephone Number

_____
Email Address (Optional)

Senator Mike Lee of UT

☐ PLAINTIFF        ☒ DEFENDANT

301A Russell Senate Office Bldg
Address (No Post Office Boxes)

Washington    DC        20510
City          State      Zip

202-228-5444
Telephone Number

_____
Email Address (Optional)

Senator Mitch McConnell of KY

☐ PLAINTIF        ☒ DEFENDANT

317 Russell Senate Office Bldg
Address (No Post Office Boxes)

Washington    DC        20510
City          State      Zip

202-224-2541
Telephone Number

_____
Email Address (Optional)

Senator Jerry Moron of KS

☐ PLAINTIFF        ☒ DEFENDANT

521 Driksen Senate Office Bldg
Address (No Post Office Boxes)

Washington    DC        20510
City          State      Zip

202-224-6521
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. 2022 02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator Rand Paul of KY

☐ PLAINTIF        ☒ DEFENDANT

167 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC        20510

City          State      Zip

202-224-4343

Telephone Number

Email Address (Optional)

---

Senator Rob Portman of OH

☐ PLAINTIFF        ☒ DEFENDANT

448 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC        20510

City          State      Zip

202-228-3353

Telephone Number

Email Address (Optional)

---

Senator James Risch of ID

☐ PLAINTIF        ☒ DEFENDANT

483 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC        20510

City          State      Zip

202-224-2752

Telephone Number

Email Address (Optional)

---

Senator Mike Rounds of SD

☐ PLAINTIFF        ☒ DEFENDANT

502 Hart Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC        20510

City          State      Zip

202-224-5842

Telephone Number

Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO. 2022   02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator Marco Rubio of FL

☐ PLAINTIF          ☒ DEFENDANT

284 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State          Zip

202-224-3041

Telephone Number

_____

Email Address (Optional)


Senator Tim Scott of SC

☐ PLAINTIFF          ☒ DEFENDANT

717 Hart Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State          Zip

202-224-6121

Telephone Number

_____

Email Address (Optional)


Senator Richard Shelby of AL

☐ PLAINTIF          ☒ DEFENDANT

304 Russell Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State          Zip

202-224-5744

Telephone Number

_____

Email Address (Optional)


Senator Dan Sullivan of AK

☐ PLAINTIFF          ☒ DEFENDANT

302 Hart Senate Office Bldg

Address (No Post Office Boxes)

Washington    DC          20510

City          State          Zip

202-224-3004

Telephone Number

_____

Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO. 2022 02961

## ADDITIONAL PARTY NAMES AND ADDRESSES

Senator John Thune of SD

☐ PLAINTIF          ☒ DEFENDANT

511 Dirksen Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC          20510

City          State          Zip

202-224-2321

Telephone Number

Email Address (Optional)


Senator Thomas Tillis of NC

☐ PLAINTIFF          ☒ DEFENDANT

185 Dirksen Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC          20510

City          State          Zip

202-224-6342

Telephone Number

Email Address (Optional)


Senator Roger Wicker of MS

☐ PLAINTIF          ☒ DEFENDANT

555 Dirksen Senate Office Bldg

Address (No Post Office Boxes)

Washington   DC          20510

City          State          Zip

202-224-6253

Telephone Number

Email Address (Optional)


☐ PLAINTIFF          ☐ DEFENDANT

Address (No Post Office Boxes)

City          State          Zip

Telephone Number

Email Address (Optional)

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH
## INFORMATION SHEET

Duskin Corban Lassiter

Case Number: **2022 02961**

vs

Date: June 22, 2022

Senate Todd Young of IN & 34 Others

[x] One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Duskin Corban Lassiter, Pro Se | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | [x] Self (Pro Se) |
| Telephone No.:                 Six digit Unified Bar No.:<br>336-596-2716 | ☐ Other: _____ |

TYPE OF CASE: [x] Non-Jury          ☐ 6 Person Jury          ☐ 12 Person Jury

Demand: $ 10,000,000.00          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: NA          Judge: _____          Calendar #: _____

Case No.: _____          Judge: _____          Calendar#: _____

---

## NATURE OF SUIT:     *(Check One Box Only)*

### A. CONTRACTS

**COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
        Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
        Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
        Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
        Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
        Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☒ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
        Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
        Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)

- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D. REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
**Attorney's Signature**

June 22, 2022
_____
Date



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

DUSKIN CORBAN LASSITER
　Vs.
Senator TODD YOUNG et al

C.A. No.　　2022 CA 002961 B

### INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(1) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge ROBERT R RIGSBY
Date:　　July 13, 2022
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

10:00 am, Friday, October 07, 2022
Location:　Courtroom 320
　　　　　500 Indiana Avenue N.W.
　　　　　WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CA1O-60

Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2:** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address https://dccourts.webex.com  Select **Join,** enter the Meeting ID from the next page

AUDIO ALTERNATIVE:  Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video. 

**Option 4:** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| sion | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| tor er | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| | | | |
|---|---|---|---|
| ,400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60